# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE P. FREEMAN an individual, | CASE NO: 2:16-cv-07172-JAK (GJSx) |
| Plaintiff, | **JUDGMENT** |
| | **JS-6** |
| vs. | |
| CITY OF PORT HUENEME, et al. | |
| Defendants. | |

The motion for summary judgment brought by defendants City of Port Hueneme and Carmen Nichols (collectively "Defendants") having been granted, IT IS HEREBY ORDERED AS FOLLOWS:

1. Judgment is entered against Plaintiff Rose Freeman and in favor of Defendants;

2. Plaintiff Rose Freeman shall take nothing as to the claims advanced in this action, and the action is dismissed with prejudice in its entirety; and

3. Defendants may seek to recover costs in an amount to be determined based on the filing and review of the appropriate application. Any costs awarded may accrue interest at the legal rate as provided by law.

**IT IS SO ORDERED**.

Dated: January 3, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE